UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-81559-ROSENBERG

ARDEX LABORATORIES, INC &
ARDEX OF SOUTH FLORIDA, LLC,

      Plaintiffs/Counter-Defendants,

v.

ALBERT HERNANDEZ,

      Defendant/Counter-Plaintiff.

_____/

**SECOND ORDER GRANTING THE PLAINTIFFS' MOTION TO DISMISS**

**THIS CAUSE** is before the Court on the Plaintiffs' Motion to Dismiss the Defendant's Counterclaims at docket entry 28. The Motion has been fully briefed. For the reasons set forth below, the Motion is granted.

The Motion to Dismiss the Defendant's Counterclaims before the Court is the third motion to dismiss in this case. After the Plaintiffs filed their first motion to dismiss, the Defendant filed an amended counterclaim. After the Plaintiffs filed their second motion to dismiss, the Court granted the motion in its entirety and dismissed all of the Defendant's counterclaims. The Court's dismissal was with leave to amend, and the Defendant filed the second amended counterclaim pending before this Court.

In each of the Plaintiffs' motions to dismiss they argued that the Defendant's counterclaims are untimely, and the Court previously agreed with the Plaintiffs. DE 25. To very succinctly summarize the timeliness issues in this case, the Defendant's claims accrued in either 2007 (at the earliest) or 2016 (at the latest). *Id.* The Defendant's counterclaims are therefore *very* untimely,

given that the Defendant first filed his counterclaims in 2024.

There is no meaningful difference between the counterclaims that the Court previously dismissed (the first amended counterclaims) and the second amended counterclaims; the Defendant's addition of a small number of factual allegations on his dealings with the Plaintiff does not alter the Court's prior analysis in any way.  Accordingly, for all of the reasons set forth in the Plaintiff's prior motion to dismiss, the Plaintiff's prior reply, the Plaintiff's current motion to dismiss, the Plaintiff's current reply, and the Court's prior order of dismissal, it is **ORDERED AND ADJUDGED** that the Defendant's counterclaims are again dismissed.  As the Defendant has been afforded adequate opportunities for amendment, the Court's dismissal is now without leave to amend.

The only exception to the Court's dismissal is the Defendant's counterclaim for defamation, Counterclaim IV.  The Plaintiffs have not moved to dismiss that counterclaim—it survives.  The Plaintiff shall file an answer to Counterclaim IV within fourteen days[1] of the date of rendition of this Order.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 2nd day of August, 2024.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record

---

[1] The Court previously granted the Plaintiff an extension of time to answer Counterclaim IV.